UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1829
(1:23-cv-00427-CCE-LPA)

_____

MAURICE WELLS, JR.

       Plaintiff - Appellant

v.

SHERIFF TERRY S. JOHNSON, in his Official Capacity as Sheriff of Alamance County, North Carolina

       Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to withdraw student counsel from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk