FILED: August 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1829
(1:23-cv-00427-CCE-LPA)

_____

MAURICE WELLS, JR.

      Plaintiff - Appellant

v.

SHERIFF TERRY S. JOHNSON, in his Official Capacity as Sheriff of Alamance County, North Carolina

      Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded with instructions to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK